UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISA CORCHADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0213 JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

　　　Clarisa Corchado seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an pplication for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on February 10, 2021. (Doc. 2) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

　　　According to her application, Plaintiff is unemployed and has $100.00 in cash or an account. (Doc. 2 at 1-2) However, Plaintiff also indicates that her spouses's income is estimated to be $3,500 per month. (*Id.* at 2) Plaintiff does not identify any dependents, or provide any information regarding the rent or mortgage, or other monthly costs of living, such that the Court may determine whether she or her spouse is able to pay the filing fee in the action.

Therefore, within 21 days, Plaintiff SHALL file an amended application that includes additional information regarding her costs of living. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **February 24, 2021**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE