DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISA CORCHADO,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:21-cv-213-BAK (EPG)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 20) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 52-day extension of time, from January 25, 2022 to March 18, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  Counsel for the Plaintiff is currently in Houston, Texas due to a family emergency involving Counsel's father who is gravely ill with Leukemia.  (*See* Declaration by Dolly M.

1

1  Trompeter).  Counsel for the Plaintiff is a principal caregiver. Counsel requires additional time to
2  complete the brief.
3      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
4  and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: January 21, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Dolly M. Trompeter*
                            DOLLY M. TROMPETER
                            Attorneys for Plaintiff

Dated: January 21, 2022        PHILLIP A. TALBERT
                            United States Attorney
                            LISA A. THOMAS
                            Regional Chief Counsel, Region VII
                            Social Security Administration

                        By:  *\*/s/ Meghan J. McEvoy*
                            Meghan J. McEvoy
                            Special Assistant United States Attorney
                            Attorneys for Defendant
                            (\*As authorized by email on January 21, 2022)

**ORDER**

Based on the above stipulation (ECF No. 20), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than March 18, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 24, 2022**            /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE