JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARISA CORCHADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00213-BAK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 22) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from  March 18, 2022 to April 1, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's third request for an extension of time.  Counsel for the Plaintiff requests this extension in good faith.   Counsel has an orthopedic surgery scheduled for March 17, 2022 and will need additional time for recovery. Counsel will also be engaged in ongoing physical

1

therapy but requests this short 14-day extension with the anticipation of completing the brief by the proposed due date.

Additionally, Ms. Dolly Trompeter, another attorney with the firm, continues to work from Texas as she is still tending to her ill father. As a result, the undersigned has taken on additional matters compounding the need for an additional extension.

Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 8, 2022  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: March 8, 2022  PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
Social Security Administration


By:  *\*/s/ Meghan J. McEvoy*
Meghan J. McEvoy
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on March 8, 2022)

## **ORDER**

Based on the above stipulation (ECF No. 22), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than April 1, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **March 9, 2022**                              /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE