PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
   601 E 12th Street, Suite 965
   Kansas City, MO 64106
   Telephone: (816) 936-5931
   Facsimile: (833) 950-3518
   Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CLARISA CORCHADO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KILILO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-00213-BAK (EPG)<br><br>STIPULATED MOTION TO REMAND<br><br>(ECF No. 25) |

　　　　IT IS STIPULATED by and between Clarisa Corchado (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　　Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the medical and opinion evidence of record. The parties further request that the Court direct the

1

Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

    Respectfully submitted this 26th day of April 2022.

Dated:  April 27, 2022           */s/  Jonathan O. Pena**
                                      JONATHAN O. PENA, ESQ.
                                      Attorney for Plaintiff
                                      *Authorized via e-mail on Apr. 25, 2022

Dated:  April 27, 2022           PHILLIP A. TALBERT
                                      United States Attorney
                                      LISA A. THOMAS
                                      Regional Chief Counsel, Region VII
                                      Social Security Administration

                          By:    */s/ SARAH E. PRESTON*
                                      SARAH E. PRESTON
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment (ECF No. 25), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulated Motion to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **April 27, 2022**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE